# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY JOHNSON,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 17-5318** |
| **SUPERINTENDENT OVERMAYER, et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this \_\_\_\_24th\_\_\_\_ day of June 2021, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF 1) and the Government's Response in Opposition (ECF 18), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated November 25, 2020 (ECF 19), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation of Magistrate Judge Henry S. Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A).

 

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**